ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 2 2015
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:15-cr- 431-K |
| MAN KHAC NGUYEN (1) | |

## MOTION FOR DETENTION

The United States moves for detention of defendant, **Man Khac Nguyen**, pursuant to 18 U.S.C. §3142.

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_x\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_x\_\_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other

          dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

    \_\_\_\_ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __x_ Defendant's appearance as required

    __x_ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    __x__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

    _____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

    DATED this __12th__ day of __November__, 2015.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Errin Martin by WMS

ERRIN MARTIN
Assistant United States Attorney
Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8838
Facsimile: 214-767-4104
Email: Errin.Martin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this  12th  day of  November , 2015.

/s/ Errin Martin by WMS

ERRIN MARTIN
Assistant United States Attorney

Motion for Detention - Page 3