IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:15-CR-431-K |
| | § | |
| MAN KHAC NGUYEN (01) | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Psychiatric Evaluation Report ("Report") by Robert E. Cochrane, Psy.D., ABPP, filed on September 9, 2016. The Court referred this Report and case as to Defendant Man Khac Nguyen to U.S. Magistrate Judge Paul D. Stickney, on September 12, 2016, for a competency hearing.

On November 16, 2016, U.S. Magistrate Judge Paul D. Stickney held a competency hearing regarding this Report, and Defendant Nguyen offered no objection to the report, and through counsel, offered no evidence or argument.

No objections have been filed by the Government or Defendant. The District Court has reviewed the proposed findings and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that the findings contained in the Report by Robert E. Cochrane, Psy.D., ABPP of Defendant Man Khac Nguyen regarding competency, are hereby adopted.

Therefore, the Court finds that Defendant Man Khac Nguyen is competent to stand trial.

A scheduling order shall issue setting this case for trial.

SO ORDERED.

Signed December 13th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE